UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22468-CIV-LENARD
MAGISTRATE JUDGE P. A. WHITE

THOMAS T. LONG,                  :

    Plaintiff,               :

v.                               :         REPORT OF
                                           MAGISTRATE JUDGE
JUDGE DALE COHEN, et al         :

    Defendants.              :
_____

    The pro-se plaintiff, Thomas Long, filed a civil rights complaint pursuant to 42 U.S.C. §1983, while confined in Apalachicola, Florida.(De#1) The plaintiff alleges that the State of Florida, the Broward County Circuit Court and Judge Dale Cohen violated his civil rights.

    The plaintiff filed a prior civil rights complaint naming the State Attorneys of Monroe County and Broward County, Judge Dale Cohen and the Hollywood Police and Fire Department, and alleging the defendants violated his constitutional rights. A Report was entered in that case, no. 10-22122-Civ-Jordan recommending dismissal, and that Recommendation remains pending in this Court.

    The claims in this complaint are difficult to discern, however it appears that Judge Cohen denied him of a fair trial and is guilty of treason. Research at the Florida Department of

Corrections website indicates that the plaintiff was convicted in case no. 08-17739 of battery upon a law enforcement officer and sentenced to three years.

It is therefore recommended that this higher numbered case be dismissed as duplicative of case no. 10-22122-Civ-Jordan.

Dated this 28th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Thomas T. Long, Pro Se
    DC#K07322
    Bay City WCI
    Apalachicola, FL
    Address of record