UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22468-CIV-LENARD/WHITE

**THOMAS T. LONG**,

        Plaintiff,

vs.

**JUDGE DALE COHEN**, **et al.**

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 4) AND DISMISSING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 4), issued on July 28, 2010. In his Report, Magistrate Judge White recommends that Plaintiff's civil rights action, pursuant to 42 U.S.C. § 1983, be dismissed as duplicative. Specifically, the Report finds that Plaintiff has filed a prior civil rights complaint against the same Defendants, Case No. 10-22122-Civ-Jordan, arising from the same set of facts, and that complaint remains pending. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 4), issued on July 28, 2010, is **ADOPTED.**

2. Plaintiff's Complaint (D.E. 1), filed on July 23, 2010, is **DISMISSED** as duplicative against all Defendants.

3. This Case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of August, 2010.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**